**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESUS MARTINEZ,

                    Plaintiff,

      v.

 Z & C HANA INC., & JAY GAO,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No.:

22-CV-01066 (BKS)(CFH)

## THE PARTIES' NOTICE OF JOINT MOTION
## TO APPROVE THE FLSA SETTLEMENT

For the reasons set forth in the parties' accompanying memorandum of law in support of their joint motion to approve the FLSA settlement and attendant exhibits, the parties respectfully request that the Court enter an Order approving the FLSA settlement in its entirety.

Dated:      July 28, 2023
              Garden City, New York

                                Respectfully submitted,

                                */s/ Alexander M. White*
                                Robert J. Valli, Jr.
                                Alexander M. White *< pro hac vice>*
                                **Valli Kane & Vagnini LLP**
                                600 Old Country Road, Suite 519
                                Garden City, New York 11530
                                Telephone: 516-203-7180
                                Facsimile: 516-706-0248
                                rvalli@vkvlawyers.com
                                awhite@vkvlawyers.com

                                **ATTORNEYS FOR PLAINTIFF**

**BURGER LAW GROUP PLLC**

By:    */s/ Sarah J. Burger*
Sarah J. Burger, Esq.
Bar Roll: 517051
433 Broadway, Suite 301
Saratoga Springs, NY 12866
Telephone: (518) 400.0677
Fax: (518) 432.8621
sburger@burgerlawgroup.com

**ATTORNEYS FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 28, 2023, a true and correct copy of the Parties' Joint Motion for For Approval of the FLSA Settlement, the Parties' Memorandum of Law in Support of the Parties' Joint Motion for For Approval of the FLSA Settlement, and supporting documents were served on all counsel of record via ECF.

Date:   July 28, 2023

_/s/ Alexander M. White_
Alexander M. White