**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

JESUS MARTINEZ,

                      Plaintiff,

    v.

Z & C HANA INC., & JAY GAO,

                      Defendants.

Case No.:
22-CV-01066 (BKS)(CFH)

---

ORDER GRANTING MOTION FOR APPROVAL OF THE FLSA SETTLEMENT

---

    Upon consideration of the Parties' Joint Motion to Approve the individual settlement of Plaintiff Jesus Martinez, and having considered the representations by counsel in the August 18, 2023 telephone conference,

    IT IS HEREBY ORDERED that the parties' FLSA settlement agreement is approved for the reasons stated on the record at the telephone conference.

Signed this 18th day of August, 2023.

*Brenda K. Sannes*
BRENDA K. SANNES
CHIEF UNITED STATES DISTRICT JUDGE