UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JESUS MARTINEZ,

        Plaintiff

        v.

Z & C HANA INC.
& JAY GAO, individually

        Defendants.

-----------------------------------------------------------x

Civil Action No.: 22-cv-1066
(BKS/CFH)

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES AND ALL CLAIMS**

Plaintiff Jesus Martinez and Defendants Z & C Hana Inc., and Jay Gao, by their undersigned attorneys, hereby stipulate and agree that any and all claims filed herein by any party against any other party should be and hereby are dismissed with prejudice unless any of the parties moves to re-open the case upon a showing that the private settlement agreement in this matter has been violated. Each party shall bear his, her, and/or its own costs and attorneys' fees.

STIPULATED AND AGREED TO:

**VALLI KANE & VAGNINI LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
Phone (516) 203-7180
Attorneys for Plaintiff

By: _____
Alexander White ESQ.
For the Firm

**BURGER LAW GROUP PLLC**
433 Broadway, Suite 301
Saratoga Springs, New York 12866
Phone: (518) 400-0677
Attorneys for Defendants

By: _____
SARAH J. BURGER, ESQ.

IT IS SO ORDERED:

_____
Brenda K. Sannes
Chief U.S. District Judge

Dated: September 8, 2023
Syracuse, NY

17